IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TAMMY A. UNDERBERG,<br><br>    Defendant. | 4:14CR3070<br><br>**ORDER** |

The defendant was previously released to live at Bristol Station on conditions, but Bristol Station has concluded she cannot be employed and her location in the community cannot adequately be monitored by that facility. No housing options currently exist which will sufficiently ameliorate risk of harm and risk to the public posed if the defendant is released.

Accordingly,

IT IS ORDERED:

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

September 29, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge